UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL                JS-6

| Case No. | 2:24-cv-06102-CAS-AS | Date | August 23, 2024 |
|---|---|---|---|
| Title | Vernon C. Brown, Jr. v. Coalinga State Hospital | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:**      (IN CHAMBERS) - DISMISSAL

On July 16, 2024, petitioner Vernon C. Brown, Jr. filed a petition for writ of habeas corpus in this Court. Dkt. 1. On July 19, 2024, the Court issued a notice informing petitioner that he had failed to pay the appropriate filing fee and failed to file a request to proceed *in forma pauperis*. Dkt. 2. The Court notified petitioner that he had thirty days to either pay the filing fee or file an application to proceed *in forma pauperis*. Id. Failure to do so could result in his case being dismissed. Id. To date, petitioner has not paid the filing fee or filed an application to proceed *in forma pauperis*.

On August 19, 2024, petitioner filed a "dismissal order." Dkt. 6. On August 20, 2024, the Court issued a notice informing petitioner that the "dismissal order" lacked a required signature. Dkt. 7.

Petitioner has failed to either pay the requisite filing fee or file an application to proceed *in forma pauperis* within the thirty-day deadline. It also appears that he has filed a motion to voluntarily dismiss his petition. Accordingly, the Court dismisses the petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |